UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Daniel Doe,<br><br>               Plaintiff,<br>v.<br><br>National Grid USA Service Company, Inc.;<br>and DOES 1-10, inclusive,<br><br>               Defendants. | Civil Action No.:  1:19-cv-10178-ADB |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within 60 days.

Dated: February 21, 2020

                                                        Respectfully submitted,

                                                        PLAINTIFF, Daniel Doe

                                                        /s/ Sergei Lemberg

                                                        Sergei Lemberg, Esq.
                                                        B.B.O. No.: 650671
                                                        **LEMBERG LAW, L.L.C.**
                                                        43 Danbury Road, 3rd Floor
                                                        Wilton, CT 06897
                                                        Telephone: (203) 653-2250
                                                        Facsimile:  (203) 653-3424
                                                        slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 21, 2020, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                      By  /s/ Sergei Lemberg_____

                                            Sergei Lemberg